UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANTIAGO ABREU,

    Plaintiff,

CASE NO. 1:16-CV-516

v.

HON. ROBERT J. JONKER

CENTRE FRONT ENTERPRISES, LTD,

    Defendant.
_____/

## ORDER

Pursuant to the stipulation of the parties (ECF No. 14), this matter is hereby **DISMISSED** with prejudice and with no costs being awarded to any party.

Date:   December 22, 2016           /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    CHIEF UNITED STATES DISTRICT JUDGE